# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAMES JOHNSON**                                                                                    **PLAINTIFF**

V.                                    **CASE NO. 3:22-cv-00014 BRW**

**CATHERINE P. DEAN, Judge,**
Osceola District Court; **JOHN MART,**
Captain, Osceola Police Department                                                                   **DEFENDANTS**

## ORDER

Plaintiff James Johnson's motion to proceed *in forma pauperis* (Doc. No. 1) is incomplete and, therefore, is DENIED without prejudice. He reports that officials with the Mississippi County Detention Facility have refused to assist him in completing the required documentation. (Doc. 1 at 3). Accordingly, the Court will seek the Detention Facility's Administrator's assistance in this matter. The Clerk of the Court is directed to send a copy of this Order to: Detention Facility Administrator, Mississippi County Detention Facility, 689 North County Road, Luxora, Arkansas 72358.  The Clerk of the Court is also directed to send Johnson another IFP application, including a certificate and calculation sheet, along with a copy of this Order. If Johnson continues to have problems getting his IFP paperwork completed, he should notify the Court.

If Johnson wishes to proceed with this case, he must either pay the $402 filing and administrative fee, or file a completed IFP application, including a signed certificate and calculation sheet. He must do one or the other within thirty days from the date of this Order. If he does not do so, his case will be dismissed without prejudice. Local Rule 5.5(c)(2).

IT IS SO ORDERED this 24th day of January, 2022.

                                                                    BILLY ROY WILSON
                                                                    UNITED STATES DISTRICT JUDGE