# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAMES JOHNSON**                                                                                      **PLAINTIFF**

V.                                    **CASE NO. 3:22-cv-00014 BRW**

**JOHN MART, Captain,**
**Osceola Police Department**                                                                **DEFENDANT**

## ORDER

James Johnson, in custody in the Mississippi County Detention Center, filed this case *pro se*[1] under 42 U.S.C. § 1983. Because Plaintiff provided the documentation required by 28 U.S.C. § 1915(a), his request to proceed *in forma pauperis*[2] was granted.

On February 16, 2022, I advised Plaintiff that I need further information to properly screen his claims as to Captain Mart.[3] I gave Plaintiff the chance to submit an Amended Complaint within thirty (30) days of the date of my Order, or by Friday, March 18, 2022.[4] I warned Plaintiff that if he decided not to submit an Amended Complaint within thirty (30) days, I will dismiss his claims

---

[1] Plaintiff was notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2):

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Doc. No. 5.

[2] *Id*.

[3] *Id*.

[4] *Id*.

without prejudice.[5] Plaintiff has not submitted an Amended Complaint or otherwise responded to my Order. Accordingly, his claims will be dismissed without prejudice.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims are DISMISSED without prejudice

2. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice..

Dated this 29th day of March, 2022.

Billy Roy Wilson<br>UNITED STATES DISTRICT JUDGE

---

[5] *Id*. (citing 28 U.S.C. § 1915(e)(2); Local Rule 5.5(c)(2)).