IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES JOHNSON**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 3:22-cv-00014 BRW**

**CATHERINE P. DEAN, Judge,**
**Osceola District Court; JOHN MART,**
**Captain, Osceola Police Department**                                      **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of March, 2022.


                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE